**Order entered January 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01511-CV

### HARRIS HOSPICE, INC., Appellant

### V.

### GLEN JONES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF RUTH JONES, DECEASED, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12742**

## ORDER

Before the Court is appellant's January 11, 2019 unopposed motion to abate this appeal pending mediation. We **GRANT** the motion, **ORDER** appellant to file either its brief on the merits or a status report no later than March 29, 2019, and **ABATE** the appeal. The appeal shall be reinstated once the brief or status report is filed.

/s/     ERIN A. NOWELL
JUSTICE